

# Fourth Court of Appeals
## San Antonio, Texas

## MEMORANDUM OPINION

No. 04-23-00328-CR

**EX PARTE** Gilberto **RODRIGUEZ-MEJORADA**

From the County Court, Jim Hogg County, Texas
Trial Court No. 1035C
Honorable Greg Perkes, Judge Presiding

PER CURIAM

Sitting:      Rebeca C. Martinez, Chief Justice
              Irene Rios, Justice
              Adrian A. Spears II, Justice

Delivered and Filed: March 26, 2025

DISMISSED

Appellant, Gilberto Rodriguez-Mejorada, filed a motion to dismiss his appeal. *See* TEX. R. APP. P. 42.2(a). The motion, which is signed by Rodriguez-Mejorada and his counsel, complies with Texas Rule of Appellate Procedure 42.2(a). *See id*. No opinion has issued.

Accordingly, we grant the motion and dismiss this appeal. *See id.* We dismiss any other pending motions as moot.

PER CURIAM

DO NOT PUBLISH